IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Michael Bruce Rawl, | Civil Action No. 2:20-cv-3955-BHH |
| Plaintiff, | |
| vs. | CONSENT ORDER OF DISMISSAL WITH PREJUDICE AS TO BAYVIEW PLANTATION, LLC |
| Dick's Sporting Goods, Inc., Primal Vantage Company, Inc., Tahsin Industrial Corp, USA; and Bayview Plantation, LLC; and Bayview Farms, | |
| Defendants. | |

It appearing that the Plaintiff consents to a dismissal of Bayview Plantation, LLC, now, therefore, upon motion of Andrew S. Halio, Attorney for Bayview Plantation, LLC, and with the consent of David Yarborough, Perry M. Buckner, Jr, Reynolds H. Blankenship, Jr. and Liam D. Duffy, attorneys for the Plaintiff; W. Chase McNair and Kevin W. Mims, Attorneys for Bayview Farms, a Partnership; Rebecca Laffitte, J. Michael Montgomery, Vordman Carlisle Traywick, III, Rachel M. Hutchins, Milton S. Karfis and Ellisse S. Thompson, Attorneys for Dick Sporting Goods, Inc., Primal Vantage Company, Inc., and Tahsin Industrial Corp, USA, it is

ORDERED, that this action is hereby ended and dismissed with prejudice as to Defendant, Bayview Plantation, LLC.

                                           s/ Bruce Howe Hendricks
                                         HONORABLE BRUCE HOWE HENDRICKS
                                         UNITED STATES DISTRICT JUDGE

June 22, 2021
Charleston, South Carolina

I SO MOVE:                              WE CONSENT:

| | |
|---|---|
| s/ Andrew S. Halio<br>_____<br>**Halio & Halio**<br>Andrew S. Halio<br>Federal ID# 1670<br>13 North Adgers Wharf<br>P.O. Box 747<br>Charleston, SC  29402-0747<br>(843) 577-5200<br>haliolaw@bellsouth.net<br>ATTORNEY FOR DEFENDANT,<br>BAYVIEW PLANTATION, LLC | s/ David B. Yarborough<br>_____<br>**Yarborough Applegate LLC**<br>David B. Yarborough (Fed ID# 7336)<br>Perry M. Buckner, Jr. (Fed ID# 11298)<br>Liam D. Duffy (ID# 12249)<br>Reynolds H. Blankenship, Jr. (ID#9886)<br>291 East Bay Street, Floor 2<br>Charleston, SC  29401<br>843) 972-0150 phone<br>(843) 277-6691 fax<br>david@yarboroughapplegate.com<br>perry@yarboroughapplegate.com<br>liam@yarboroughapplegate.com<br>reynolds@yarboroughapplegate.com<br>ATTORNEY FOR PLAINTIFF |
| s/ Milton S. Karfis<br>_____<br>**Clark Hill PLC**<br>Milton S. Karfis (pro hac vice filed)<br>Ellisse S. Thompson (pro hac vice filed)<br>151 South Old Woodward Ave., Ste. 200<br>Birmingham, Michigan  48009<br>mkarfis@clarkhill.com<br>ethompson@clarkhill.com<br>(313) 965-8803<br>ATTORNEY FOR DEFENDANTS<br>DICK'S SPORTING GOODS, INC.,<br>PRIMAL VANTAGE COMPANY,  INC.<br>AND TAHSIN INDUSTRIAL CORP,<br>USA | s/ W. Chase McNair<br>_____<br>**Luzuriaga Mims, LLP**<br>W. Chase McNair<br>Federal Bar No. 10504<br>Kevin W. Mims<br>Federal Bar No: 07883<br>1156 King Street<br>Charleston, SC  29403<br>(843) 410-4717<br>cmcnair@lmlawllp.com<br>kmims@lmlawllp.com<br>Attorney for Defendant, Bayview Farms, A Partnership |

s/ Rebecca Laffitte

_____

**Robinson Gray Stepp & Laffitte, LLC**
Rebecca Laffitte (Fed. ID# 1036)
Rachel M. Hutchens (Fed. ID# 12696)
John M. Montgomery (Fed. ID# 10290)
Vordman Carlisle Traywick, III (Fed ID#12483)
Robinson Gray Stepp and Laffitte, LLC
1310 Gadsden Street
Columbia, SC 29201
mmontgomerey@robinsongray.com
rhutchens@robinsongray.com
rlaffitte@robinsongray.com
ltraywick@robinsongray.com
(803) 929-1400
ATTORNEY FOR DEFENDANTS DICK'S SPORTING GOODS, INC., PRIMAL VANTAGE COMPANY, INC. AND TAHSIN INDUSTRIAL CORP, USA