# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Michael Bruce Rawl, | Civil Action No. 2:20-cv-03955-BHH |
| Plaintiff, | |
| v. | **CONSENT ORDER OF DISMISSAL WITH PREJUDICE AS TO BAYVIEW FARMS, A PARTNERSHIP** |
| Dick's Sporting Goods, Inc.; Primal Vantage Company, Inc.; Tahsin Industrial Corp. USA; Bayview Plantation LLC; and Bayview Farms, A Partnership, | |
| Defendants. | |

It appearing that the Plaintiff consents to a dismissal of Bayview Farms, A Partnership, now, therefore, upon motion of Kevin W. Mims and W. Chase McNair, Attorneys for Bayview Farms, a Partnership, and with the consent of David Yarborough, Perry M. Buckner, Jr., Reynolds H. Blankenship, Jr., and Liam D. Duffy, Attorneys for Plaintiff; Andrew S. Halio, Attorney for Bayview Plantation, LLC, and Rebecca Laffitte, J. Michael Montgomery, Vordman Carlisle Traywick, III, Rachel M. Hutchins, Milton S. Karfis and Ellisse S. Thompson, Attorneys for Dick's Sporting Goods, Inc.; Primary Vantage Company, Inc.; and Tahsin Industrial Corp., USA, it is

ORDERED that this action is hereby ended and dismissed with prejudice as to Defendant Bayview Farms, A Partnership.

    s/ Bruce Howe Hendricks
HONORABLE BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

June __30__, 2021
Charleston, South Carolina

| WE SO MOVE | WE CONSENT |
|---|---|
| *s/ Chase McNair* | *s/ David Yarborough* |
| LUZURIAGA MIMS, LLP | YARBOROUGH APPLEGATE, LLC |
| Kevin W. Mims  ID No. 07883 | David B. Yarborough  ID No. 7336 |
| W. Chase McNair  ID No. 10504 | Perry M. Buckner, Jr.  ID No. 11298 |
| 1156 King Street | Liam D. Duffy  ID No. 12249 |
| Charleston, SC 29403 | Reynolds H. Blankenship, Jr.  ID No. 9886 |
| (843) 410.4713 | 291 East Bay Street, Floor 2 |
| kmims@lmlawllp.com | Charleston, SC 29401 |
| cmcnair@lmlawllp.com | (843) 972-0150 |
| | david@yarboroughapplegate.com |
| | perry@yarboroughapplegate.com |
| ***Attorneys for Defendant Bayview Farms, A Partnership*** | liam@yarboroughapplegate.com |
| | reynolds@yarboroughapplegate.com |
| | |
| | ***Attorneys for Plaintiff Michael Bruce Rawl*** |

| WE CONSENT | WE CONSENT |
|---|---|
| *s/ Milton Karfis* | *s/ Rebecca Laffitte* |
| CLARK HILL PLC | ROBINSON RAY STEPP & LAFFITTE, LLC |
| Milton S. Karfis (pro hac vice filed) | Rebecca Laffitte  ID No. 1036 |
| Ellisse S. Thompson (pro hac vice filed) | Rachel M. Hutchens  ID No. 12696 |
| 151 South Old Woodward Avenue Suite 200 | John M. Montgomery  ID No. 10290 |
| Birmingham, Michigan 48009 | Vordman Carlisle Traywick, III  ID No. 12483 |
| (313) 965-8804 | 1310 Gadsden Street |
| mkarfis@clarkhill.com | Columbia, SC 29201 |
| ethompson@clarkhill.com | (803) 929-1400 |
| | rlaffitte@robinsongray.com |
| ***Attorneys for Defendants Dick's Sporting Goods, Inc.; Primal Vantage Company, Inc.; and Tahsin Industrial Corp., USA*** | rhutchens@robinsongray.com |
| | mmontgomery@robinsongray.com |
| | ltraywick@robinsongray.com |
| | |
| | ***Attorneys for Defendants Dick's Sporting Goods, Inc.; Primal Vantage Company, Inc.; and Tahsin Industrial Corp., USA*** |